**314 So.2d 312**

**Ex parte William Leroy Key.**

**In re William Leroy KEY**

v.

**STATE.**

**SC 1262.**

Supreme Court of Alabama.

May 22, 1975.

Rehearing Denied July 3, 1975.

Morgan Weeks, Scottsboro, for petitioner.

MERRILL, Justice.

Petition of William Leroy Key for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Key v. State, 55 Ala. App. 232, 314 So.2d 307.

Writ denied.

HEFLIN, C. J., and MADDOX, JONES and SHORES, JJ., concur.

**314 So.2d 912**

**In re Clete KING**

v.

**STATE.**

**Ex parte Clete King.**

**SC 1318.**

Supreme Court of Alabama.

June 12, 1975.

Sanford D. Weiss, Montgomery, for petitioner.

ALMON, Justice.

Petition of Clete King for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in King v. State, 55 Ala.App. 306, 314 So.2d 908.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, FAULKNER and EMBRY, JJ., concur.

**318 So.2d 697**

**In re Elder James KNIGHT**

v.

**STATE.**

**Ex parte Elder James Knight.**

**SC 1414.**

Supreme Court of Alabama.

Sept. 11, 1975.

Donald R. Adams, Auburn, for petitioner.

SHORES, Justice.

Petition of Elder James Knight for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Knight v. State,* 55 Ala.App. 399, 316 So.2d 230 (5 Div. 280).

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and JONES, JJ., concur.